UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NASEER ALZUBAIDY<br>On behalf of herself and All Other<br>Persons Similarly Situated<br><br>      Plaintiff,<br>v.<br><br>HAYA G., INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## OPT-IN AND CONSENT FORM

I hereby opt into the above-captioned collective action and consent to be a party Plaintiff. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

08/03/2021

Date                                                                       Signature

# This document was signed by:

## Naseer Alzubaidy



| | |
|---|---|
| Date | 8/3/2021 4:29 PM UTC |
| Phone | (216) 702-9799 |
| IP Address | 76.190.139.158 |
| Confirmation | C0127A5E076D80308D7810EB0A54DCC8495D61C84568CBE0588A8B1DA21C4BFD |

**V**

**VINESIGN.COM**