UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NASEER ALZUBAIDY<br>On behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HAYA G, INC.<br><br>Defendant. | CASE NO.: 1:21-cv-01514<br><br>JUDGE PATRICIA GAUGHAN<br><br>**PLAINTIFF'S NOTICE OF FILING OF CONSENT FORM** |

Plaintiff Naseer Alzubaidy commenced the above-captioned action against Defendant on behalf of herself and all similarly-situated current and former employees of Defendant as a collective action pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).

Section 16(b) of the FLSA provides, in pertinent part, that "no employee shall be a party plaintiff to any [FLSA collective action] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought." 29 U.S.C. § 216(b).

As indicated in the attached Exhibit, Abdallah Douleh, has executed and filed Consent Forms to become a party Plaintiff in this action pursuant to 29 U.S.C. § 216(b) of the FLSA.

Respectfully submitted:


*/s/ Scott Perlmuter*

Scott Perlmuter (0082856)
**TITTLE & PERLMUTER**
4106 Bridge Ave.
Cleveland, Ohio 44113
Phone: (216) 285-9991
Fax: (888) 604-9299
scott@tittlelawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of February, 2022, a copy of the foregoing *Plaintiff's Notice of Filing of Consent Form* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Scott Perlmuter*
Scott Perlmuter (0082856)