UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NASEER ALZUBAIDY<br>On behalf of herself and All Other<br>Persons Similarly Situated<br><br>Plaintiff,<br>v.<br><br>HAYA G, INC., et al.<br><br>Defendants. | CASE NO. 1:21-cv-01514<br><br>JUDGE PATRICIA A. GAUGHAN |

## OPT-IN AND CONSENT FORM

I hereby opt into the above-captioned collective action and consent to be a party Plaintiff. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/01/2022
Date

*[signature]*
Signature

Abdallah Douleh
Printed Name