**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NASEER ALZUBAIDY** | ) | CASE NO. 1:21-cv-01514 |
| on behalf of himself and all others | ) | |
| similarly situated**,** | ) | JUDGE BRIDGET BRENNAN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE GREENBERG |
| | ) | |
| **HAYA G, INC.**, et al., | ) | |
| | | |
| Defendants. | | |

**STIPULATION FOR REFERRAL TO MEDIATION AND JOINT MOTION TO STAY**
**CASE**

Pursuant to Local Rule 16.6 of the United States District Court Rules for the Northern District of Ohio, Plaintiff Naseer Alzubaidy and Defendants Haya G, Inc. and Arshad Gheith (collectively "the Parties"), through their counsel, stipulate that this matter may be referred to Magistrate Judge Greenberg for mediation.

For good cause, the Parties further request a corresponding stay of the case until the mediation has concluded.  In this case, Plaintiff seeks to bring a collective action pursuant to the Fair Labor Standards Act ("FLSA"), on behalf of himself and other similarly situated persons who may join the case pursuant to 29 U.S.C. § 216(b).  Defendants moved for dismissal of this case, and Plaintiff has filed a motion for conditional certification of a collective action.  Both of those motions are fully briefed and presently pending before the Court.

The Parties believe that they have reached an appropriate point to discuss a resolution of the case, and it is the goal of the Parties to avoid needlessly expending the Court's and their own resources on the litigation involving complex issues of law and fact.  The Parties believe that granting this Joint Motion would be in the best interests of both the Court and the Parties.  A stay

1

of the case and referral of this matter to mediation will conserve the resources of the Parties that would presently go toward continued discovery and motion practice, as well as the resources of the Court.

The Parties have agreed that, if the Joint Motion is granted, they will file a joint status report fourteen (14) days after the mediation to inform the Court of the status of the case and, if appropriate, propose a Scheduling Order.

Based upon the foregoing, the Parties respectfully request that a mediation be set with Magistrate Judge Greenberg, and that this case be stayed through the date of the mediation.

Respectfully submitted,

s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
4106 Bridge Ave.
Cleveland, Ohio 44113
216-308-1522
scott@tittlelawfirm.com

s/ Joshua Fuchs
Joshua B. Fuchs (0087066)
14717 South Woodland Road
Shaker Heights, Ohio 44120
216-505-7500
josh@fuchsfirm.com

Counsel for Plaintiff

/s/ Brian A. Murray
LARRY W. ZUKERMAN, Esq. (0029498)
S. MICHAEL LEAR, Esq. (0041544)
BRIAN A. MURRAY, Esq. (0079741)
Zukerman, Lear & Murray Co. LPA
3912 Prospect Avenue East
Cleveland, Ohio 44115
(216) 696-0900 telephone
lwz@zukerman-law.com
sml@zukerman-law.com
bam@zukerman-law.com
Counsel for Defendants

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2022 a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's ECF system.

/s/*Scott D. Perlmuter*
Scott D. Perlmuter (0082856)