UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NASEER ALZUBAIDY, | ) | CASE NO.  4:21-cv-1514 |
| on behalf of himself and all others | ) | |
| similarly situated, | ) | |
| | ) | JUDGE BRIDGET M. BRENNAN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAYA G, INC. *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

The Court has GRANTED the parties' joint motion for approval of FLSA settlement.

(Doc. No. 38.)  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal

Rules of Civil Procedure.

**IT IS SO ORDERED.**

_____
BRIDGET MEEHAN BRENNAN
Date: September 22, 2022                     UNITED STATES DISTRICT JUDGE